**A. M. LANDMAN, Superintendent for the Five Civilized Tribes, v. Acel C. ALEXANDER, Former Collector of Internal Revenue.**

No. 1962.

Circuit Court of Appeals, Tenth Circuit.

Sept. 7, 1939.

Thomas W. Leahy, of Muskogee, Okl., for appellant.

Charles N. Champion, Asst. U. S. Atty., of Muskogee, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal, 26 F.Supp. 752, dismissed at appellant's costs, on motion of appellee.